FILED
JAMES J. VILT, JR. - CLERK
SEP - 2 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**KAMARI JONES** (1-7, 26, 27)
**DANIEL JOHNSON** (1, 2, 3, 4, 5)
**LAMARRION GOODWIN** (1, 6-25, 28, 29, 30)
**NIRELL GRIFFITH** (1, 6, 7, 11, 12, 13)
**DAIZJON WADE** (1, 23, 24)

INDICTMENT

NO. 3:26-CR-117-RGJ
18 U.S.C. § 2
18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(j)
18 U.S.C. § 922(o)
18 U.S.C. § 923(a)
18 U.S.C. § 924(a)(1)(D)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
18 U.S.C. § 933(a)(1)
18 U.S.C. § 933(b)
18 U.S.C. § 934
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
(*Dealing in Firearms Without a License*)

From on or about August 12, 2026, to on or about August 27, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **KAMARI JONES, DANIEL JOHNSON, LAMARRION GOODWIN, NIRELL GRIFFITH,** and **DAIZJON WADE,** aided and abetted by each other and others, known and unknown to the Grand Jury, not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

The Grand Jury further charges:

COUNT 2
*(Illegal Possession of a Machinegun)*

On or about August 12, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **KAMARI JONES** and **DANIEL JOHNSON**, aided and abetted by others, known and unknown to the Grand Jury, did knowingly possess and transfer four machineguns, that is, four machinegun conversion devices bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

The Grand Jury further charges:

COUNT 3
(*Firearms Trafficking*)

On or about August 12, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **KAMARI JONES** and **DANIEL JOHNSON**, aided and abetted by others, known and unknown to the Grand Jury, transferred and otherwise disposed of firearms and did conspire and attempt to do so, that are:

| **Make** | **Model** | **Caliber** | **Type** | **Serial Number** |
|---|---|---|---|---|
| Anderson Manufacturing | AM-15 | 7.62 | Pistol | 24168308 |
| Zastava | N-Pap M70 | 7.62 | Rifle | N-PAP015952 |

to another person, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1), 933(b), and 2.

The Grand Jury further charges:

COUNT 4
*(Illegal Possession of a Machinegun)*

On or about August 13, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **KAMARI JONES** and **DANIEL JOHNSON**, aided and abetted by each other and others, known and unknown to the Grand Jury, did knowingly possess and transfer two machineguns, that is, two machinegun conversion devices bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

The Grand Jury further charges:

COUNT 5
(*Firearms Trafficking*)

On or about August 13, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **KAMARI JONES** and **DANIEL JOHNSON**, aided and abetted by each other and others, known and unknown to the Grand Jury, transferred and otherwise disposed of firearms and did conspire and attempt to do so, that are:

| **Make** | **Model** | **Caliber** | **Type** | **Serial Number** |
|---|---|---|---|---|
| Bushmaster Firearms | XM15-E2S | 223 | Rifle | L456700 |
| Glock | 19GEN5 | 9-millimeter | Pistol | BPWU430 |
| Glock | 22GEN5 | 40 | Pistol | VVY257 |
| Glock | 19GEN5 | 9-millimeter | Pistol | BYMX682 |
| ROMARM/CUGIR | Champion 2007 | 223 | Pistol | PM-013207RO |
| Glock | 22GEN5 | 40 | Pistol | ZUX339 |

and ammunition, to another person, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1), 933(b), and 2.

The Grand Jury further charges:

COUNT 6
*(Illegal Possession of a Machinegun)*

On or about August 18, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **KAMARI JONES**, **LAMARRION GOODWIN**, and **NIRELL GRIFFITH**, aided and abetted by each other and others, known and unknown to the Grand Jury, did knowingly possess and transfer a machinegun, that is, a machinegun conversion device bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

The Grand Jury further charges:

COUNT 7
(*Firearms Trafficking*)

On or about August 18, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **KAMARI JONES**, **LAMARRION GOODWIN**, **NIRELL GRIFFITH**, aided and abetted by each other and others, known and unknown to the Grand Jury, transferred and otherwise disposed of firearms and did conspire and attempt to do so, that are:

| Make | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| Glock | 19GEN5 | 9-millimeter | Pistol | BNZT862 |
| Sig Sauer | P320 M17 | 9-millimeter | Pistol | M17A061593 |
| Glock | 36 | 45 | Pistol | EVR385US |

and ammunition, to another person, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1), 933(b), and 2.

The Grand Jury further charges:

COUNT 8
*(Possession of a Firearm by a Prohibited Person)*

On or about August 18, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **LAMARRION GOODWIN**, knowingly possessed, in and affecting commerce, a firearm, that is, a:

| Make | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| Glock | 19GEN5 | 9-millimeter | Pistol | BNZT862 |
| Sig Sauer | P320 M17 | 9-millimeter | Pistol | M17A061593 |
| Glock | 36 | 45 | Pistol | EVR385US |

and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year:

On or about December 3, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 20-CR-001316-001, **LAMARRION GOODWIN**, was convicted of the offenses of Complicity to Robbery in the Second Degree, Robbery in the Second Degree, Assault in the Second Degree, Fleeing or Evading in the First Degree (Motor Vehicle), Fleeing or Evading in the First Degree (Pedestrian) (Two Counts), and Wanton Endangerment in the First Degree; all felonies.

On or about December 10, 2025, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 24-CR-002549, **LAMARRION GOODWIN**, was convicted of the offense of Receiving Stolen Property Over $1,000 But Less Than $10,000; a felony.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

The Grand Jury further charges:

COUNT 9
(*Firearms Trafficking*)

On or about August 19, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **LAMARRION GOODWIN**, aided and abetted by others, known and unknown to the Grand Jury, transferred and otherwise disposed of firearms and did conspire and attempt to do so, that are:

| Make | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| American Tactical Imports | MIL-SPORT | 223 | Pistol | MSA172645 |
| Pioneer Arms Corporation | HELLPUP | 7.62 | Pistol | PAC115823621 |
| Sig Sauer | P365 | 9-millimeter | Pistol | 66B572887 |
| Bond Arms Inc. | ROUGHNECK | 9-millimeter | Derringer | 372077 |
| HS Produkt (IM Metal) | ECHELON | 9-millimeter | Pistol | BF122520 |
| Ruger | LCP II | 380 | Pistol | 380-512498 |
| Bersa | THUNDER 380 | 380 | Pistol | K39113 |
| Diamondback Arms Inc. | DB9 | 9-millimeter | Pistol | YQ6368 |

and ammunition, to another person, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1), 933(b), and 2.

The Grand Jury further charges:

COUNT 10
*(Possession of a Firearm by a Prohibited Person)*

On or about August 19, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **LAMARRION GOODWIN**, knowingly possessed, in and affecting commerce, a firearm, that is, a:

| Make | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| American Tactical Imports | MIL-SPORT | 223 | Pistol | MSA172645 |
| Pioneer Arms Corporation | HELLPUP | 7.62 | Pistol | PAC115823621 |
| Sig Sauer | P365 | 9-millimeter | Pistol | 66B572887 |
| Bond Arms Inc. | ROUGHNECK | 9-millimeter | Derringer | 372077 |
| HS Produkt (IM Metal) | ECHELON | 9-millimeter | Pistol | BF122520 |
| Ruger | LCP II | 380 | Pistol | 380-512498 |
| Bersa | THUNDER 380 | 380 | Pistol | K39113 |
| Diamondback Arms Inc. | DB9 | 9-millimeter | Pistol | YQ6368 |

and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year:

> On or about December 3, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 20-CR-001316-001, **LAMARRION GOODWIN**, was convicted of the offenses of Complicity to Robbery in the Second Degree, Robbery in the Second Degree, Assault in the Second Degree, Fleeing or Evading in the First Degree (Motor Vehicle), Fleeing or Evading in the First Degree (Pedestrian) (Two Counts), and Wanton Endangerment in the First Degree; all felonies.
>
> On or about December 10, 2025, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 24-CR-002549, **LAMARRION GOODWIN**, was convicted of the offense of Receiving Stolen Property Over $1,000 But Less Than $10,000; a felony.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

The Grand Jury further charges:

COUNT 11
*(Illegal Possession of a Machinegun)*

On or about August 19, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **LAMARRION GOODWIN**, and **NIRELL GRIFFITH**, aided and abetted by each other and others, known and unknown to the Grand Jury, did knowingly possess and transfer two machineguns, that is, two machinegun conversion devices bearing no serial numbers.

In violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

The Grand Jury further charges:

COUNT 12
*(Firearms Trafficking)*

On or about August 19, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **LAMARRION GOODWIN** and **NIRELL GRIFFITH**, aided and

abetted by each other and others, known and unknown to the Grand Jury, transferred and otherwise disposed of firearms and did conspire and attempt to do so, that is:

| Make | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| HS Produkt | XD9 SUB-CMPCT MOD 2 | 9-millimeter | Pistol | GM923859 |
| Savage | AXIS | 308 | Rifle | P176891 |
| Harrington & Richardson 1871 Inc. | Pardner | 20 | Shotgun | NZ719023 |

and ammunition, to another person, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1), 933(b), and 2.

The Grand Jury further charges:

COUNT 13
(*Possession of a Stolen Firearm*)

On or about August 19, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **LAMARRION GOODWIN** and **NIRELL GRIFFITH**, aided and abetted by each other and others, did knowingly possess stolen firearm, that is:

| Make | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| Savage | AXIS | 308 | Rifle | P176891 |
| Harrington & Richardson 1871 Inc. | Pardner | 20 | Shotgun | NZ719023 |

and ammunition, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the firearms had been stolen.

In violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 2.

The Grand Jury further charges:

COUNT 14
*(Possession of a Firearm by a Prohibited Person)*

On or about August 19, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **LAMARRION GOODWIN**, knowingly possessed, in and affecting commerce, a firearm, that is, a:

| Make | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| HS Produkt | XD9 SUB-CMPCT MOD 2 | 9-millimeter | Pistol | GM923859 |
| Savage | AXIS | 308 | Rifle | P176891 |
| Harrington & Richardson 1871 Inc. | Pardner | 20 | Shotgun | NZ719023 |

and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year:

On or about December 3, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 20-CR-001316-001, **LAMARRION GOODWIN**, was convicted of the offenses of Complicity to Robbery in the Second Degree, Robbery in the Second Degree, Assault in the Second Degree, Fleeing or Evading in the First Degree (Motor Vehicle), Fleeing or Evading in the First Degree (Pedestrian) (Two Counts), and Wanton Endangerment in the First Degree; all felonies.

On or about December 10, 2025, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 24-CR-002549, **LAMARRION GOODWIN**, was convicted of the offense of Receiving Stolen Property Over $1,000 But Less Than $10,000; a felony.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

The Grand Jury further charges:

COUNT 15
(*Firearms Trafficking*)

On or about August 20, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **LAMARRION GOODWIN**, transferred and otherwise disposed of firearms and did conspire and attempt to do so, that are:

| Make | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| Walther | CCP | 9-millimeter | Pistol | WK023169 |
| Glock | 19GEN5 | 9-millimeter | Pistol | BGUG723 |

and ammunition, to another person, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1), and 933(b).

The Grand Jury further charges:

COUNT 16
*(Possession of a Firearm by a Prohibited Person)*

On or about August 20, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **LAMARRION GOODWIN**, knowingly possessed, in and affecting commerce, a firearm, that is, a:

| Make | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| Walther | CCP | 9-millimeter | Pistol | WK023169 |
| Glock | 19GEN5 | 9-millimeter | Pistol | BGUG723 |

and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year:

> On or about December 3, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 20-CR-001316-001, **LAMARRION GOODWIN**, was convicted of the offenses of Complicity to Robbery in the Second Degree, Robbery in the Second Degree, Assault in the Second Degree, Fleeing or Evading in the First Degree (Motor Vehicle), Fleeing or Evading in the First Degree (Pedestrian) (Two Counts), and Wanton Endangerment in the First Degree; all felonies.
>
> On or about December 10, 2025, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 24-CR-002549, **LAMARRION GOODWIN**, was convicted of the offense of Receiving Stolen Property Over $1,000 But Less Than $10,000; a felony.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

The Grand Jury further charges:

COUNT 17

*(Illegal Possession of a Machinegun)*

On or about August 20, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **LAMARRION GOODWIN**, did knowingly possess and transfer a machinegun, that is, a machinegun conversion device bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o), and 924(a)(2).

The Grand Jury further charges:

COUNT 18

*(Possession of Firearm by a Prohibited Person)*

On or about August 20, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **LAMARRION GOODWIN**, knowingly possessed, in and affecting commerce, a firearm, that is, a Palmetto State Armory, Model: Dagger Compact, 9-millimeter pistol, with Serial Number JJE96939, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year:

> On or about December 3, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 20-CR-001316-001, **LAMARRION GOODWIN**, was convicted of the offenses of Complicity to Robbery in the Second Degree, Robbery in the Second Degree, Assault in the Second Degree, Fleeing or Evading in the First Degree (Motor Vehicle), Fleeing or Evading in the First Degree (Pedestrian) (Two Counts), and Wanton Endangerment in the First Degree; all felonies.
>
> On or about December 10, 2025, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 24-CR-002549, **LAMARRION GOODWIN**, was convicted of the offense of Receiving Stolen Property Over $1,000 But Less Than $10,000; a felony.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

The Grand Jury further charges:

COUNT 19
*(Illegal Possession of a Machinegun)*

On or about August 21, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **LAMARRION GOODWIN,** did knowingly possess and transfer eight machineguns, that is, eight machinegun conversion devices bearing no serial numbers.

In violation of Title 18, United States Code, Sections 922(o), and 924(a)(2).

The Grand Jury further charges:

COUNT 20
(*Firearms Trafficking*)

On or about August 21, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **LAMARRION GOODWIN**, transferred and otherwise disposed of firearms and did conspire and attempt to do so, that are:

| **Make** | **Model** | **Caliber** | **Type** | **Serial Number** |
|---|---|---|---|---|
| Glock | 43X | 9-millimeter | Pistol | BZSP570 |
| HS Produkt (IM Metal) | HELLCAT | 9-millimeter | Pistol | BA406084 |
| Smith & Wesson | M&P 40 | 40 | Pistol | MPN7031 |

and ammunition, to another person, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1), and 933(b).

The Grand Jury further charges:

COUNT 21

*(Possession of a Firearm by a Prohibited Person)*

On or about August 21, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **LAMARRION GOODWIN**, knowingly possessed, in and affecting commerce, a firearm, that is, a:

| Make | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| Glock | 43X | 9-millimeter | Pistol | BZSP570 |
| HS Produkt (IM Metal) | HELLCAT | 9-millimeter | Pistol | BA406084 |
| Smith & Wesson | M&P 40 | 40 | Pistol | MPN7031 |

and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year:

On or about December 3, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 20-CR-001316-001, **LAMARRION GOODWIN**, was convicted of the offenses of Complicity to Robbery in the Second Degree, Robbery in the Second Degree, Assault in the Second Degree, Fleeing or Evading in the First Degree (Motor Vehicle), Fleeing or Evading in the First Degree (Pedestrian) (Two Counts), and Wanton Endangerment in the First Degree; all felonies.

On or about December 10, 2025, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 24-CR-002549, **LAMARRION GOODWIN**, was convicted of the offense of Receiving Stolen Property Over $1,000 But Less Than $10,000; a felony.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

The Grand Jury further charges:

COUNT 22

*(Illegal Possession of a Machinegun)*

On or about August 25, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **LAMARRION GOODWIN**, did knowingly possess and transfer a machinegun, that is, a machinegun conversion device bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o), and 924(a)(2).

The Grand Jury further charges:

COUNT 23
*(Illegal Possession of a Machinegun)*

On or about August 25, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **LAMARRION GOODWIN** and **DAIZJON WADE**, aided and abetted by each other and others, known and unknown to the Grand Jury, did knowingly possess and transfer ten machineguns, that is, ten machinegun conversion devices bearing no serial numbers.

In violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

The Grand Jury further charges:

COUNT 24
(*Firearms Trafficking*)

On or about August 25, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **LAMARRION GOODWIN** and **DAIZJON WADE**, aided and abetted by each other and others, known and unknown to the Grand Jury, transferred and otherwise disposed of firearms and did conspire and attempt to do so, that are:

| **Make** | **Model** | **Caliber** | **Type** | **Serial Number** |
|---|---|---|---|---|
| Stoeger | STR-9C | 9-millimeter | Pistol | T6429-20S07010 |
| Smith & Wesson | M&P 9 Shield EZ | 9-millimeter | Pistol | NFD1597 |

and ammunition, to another person, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1), 933(b), and 2.

The Grand Jury further charges:

COUNT 25
*(Possession of a Firearm by a Prohibited Person)*

On or about August 25, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **LAMARRION GOODWIN**, knowingly possessed, in and affecting commerce, a firearm, that is, a:

| Make | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| Stoeger | STR-9C | 9-millimeter | Pistol | T6429-20S07010 |
| Smith & Wesson | M&P 9 Shield EZ | 9-millimeter | Pistol | NFD1597 |

and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year:

On or about December 3, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 20-CR-001316-001, **LAMARRION GOODWIN**, was convicted of the offenses of Complicity to Robbery in the Second Degree, Robbery in the Second Degree, Assault in the Second Degree, Fleeing or Evading in the First Degree (Motor Vehicle), Fleeing or Evading in the First Degree (Pedestrian) (Two Counts), and Wanton Endangerment in the First Degree; all felonies.

On or about December 10, 2025, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 24-CR-002549, **LAMARRION GOODWIN**, was convicted of the offense of Receiving Stolen Property Over $1,000 But Less Than $10,000; a felony.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

The Grand Jury further charges:

COUNT 26
*(Illegal Possession of a Machinegun)*

On or about August 25, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **KAMARI JONES**, did knowingly possess and transfer a machinegun, that is, a machinegun conversion device bearing no serial numbers.

In violation of Title 18, United States Code, Sections 922(o), and 924(a)(2).

The Grand Jury further charges:

COUNT 27
(*Firearms Trafficking*)

On or about August 25, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **KAMARI JONES**, transferred and otherwise disposed of a firearm and did conspire and attempt to do so, that is a Palmetto State Armory, Model: PA-15, multi-caliber rifle, bearing Serial Number: LW468737, and ammunition, to another person, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1), 933(b), and 2.

The Grand Jury further charges:

COUNT 28
*(Illegal Possession of a Machinegun)*

On or about August 27, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **LAMARRION GOODWIN**, did knowingly possess and transfer two machineguns, that is, two machinegun conversion device bearing no serial numbers.

In violation of Title 18, United States Code, Sections 922(o), and 924(a)(2).

The Grand Jury further charges:

COUNT 29
(*Firearms Trafficking*)

On or about August 27, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **LAMARRION GOODWIN**, transferred and otherwise disposed of firearms and did conspire and attempt to do so, that are:

| Make | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| Palmetto State Armory | PA-15 | Multi-Caliber | Rifle | SCD205376 |
| Glock | 17GEN5 | 9-millimeter | Pistol | BYLM948 |
| HK | VP9 | 9-millimeter | Pistol | 224-073507 |

and ammunition, to another person, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1), and 933(b).

The Grand Jury further charges:

COUNT 30

*(Possession of a Firearm by a Prohibited Person)*

On or about August 27, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **LAMARRION GOODWIN**, knowingly possessed, in and affecting commerce, a firearm, that is:

| Make | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| Palmetto State Armory | PA-15 | Multi-Caliber | Rifle | SCD205376 |
| Glock | 17GEN5 | 9-millimeter | Pistol | BYLM948 |
| HK | VP9 | 9-millimeter | Pistol | 224-073507 |

and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year:

> On or about December 3, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 20-CR-001316-001, **LAMARRION GOODWIN**, was convicted of the offenses of Complicity to Robbery in the Second Degree, Robbery in the Second Degree, Assault in the Second Degree, Fleeing or Evading in the First Degree (Motor Vehicle), Fleeing or Evading in the First Degree (Pedestrian) (Two Counts), and Wanton Endangerment in the First Degree; all felonies.

On or about December 10, 2025, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 24-CR-002549, **LAMARRION GOODWIN**, was convicted of the offense of Receiving Stolen Property Over $1,000 But Less Than $10,000; a felony.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(a)(1)(A), 922 (g)(1), 922(j), 922(o), 923(a), 924(a)(1)(D), 924(a)(2), and 933(a)(1), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **KAMARI JONES, DANIEL JOHNSON, LAMARRION GOODWIN, NIRELL GRIFFITH,** and **DAIZJON WADE**, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934, and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses listed herein, and proceeds obtained directly and indirectly from a violation of Title 18, United States Code, Section 933 and property used and intended to be used, to commit violations of Section 933.

A TRUE BILL.

Redacted

FOREPERSON

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:JAR 9/02/26

UNITED STATES OF AMERICA v. **KAMARI JONES, DANIEL JOHNSON, LAMARRION GOODWIN, NIRELL GRIFFITH,** and **DAIZJON WADE**

**PENALTIES**

| | |
|---|---|
| Count 1 | NM 5 yrs./$250,000/both/NM 3rs. Supervised Release |
| Counts 2, 4, 6, 11, 13, 17, 19, 22, 23, 26, 28: | NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count) |
| Counts 3, 5, 7, 8-10, 12, 14-16, 18, 20, 21, 24, 25, 27, 29, 30: | NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count) |
| Forfeiture | |

**NOTICE**

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.